NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**WI-LAN INC.,**
*Plaintiff-Appellant*

**v.**

**SHARP ELECTRONICS CORPORATION,**
*Defendant-Appellee*

———————————

2022-1870

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:15-cv-00379-LPS, Circuit Judge Leonard P. Stark.

--------------------------------------------------

**WI-LAN INC.,**
*Plaintiff-Appellant*

**v.**

**VIZIO, INC.,**
*Defendant-Appellee*

———————————

2022-1871

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:15-cv-00788-LPS, Circuit Judge Leonard P. Stark.

_____

# O R D E R

Upon consideration of the joint stipulations to voluntarily dismiss the above-captioned appeals with each side to bear its own costs,

IT IS ORDERED THAT:

(1)  The appeals are dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

October 3, 2023
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE : October 3, 2023